UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8 40
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

TAG/ICIB SERVICES, INC., ETC.,

    Plaintiff(s)

    v.                       Civ. No. 98-1969(PG)

PONCE SAFETY OIL CLEANERS CORP.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #9 - Motion for Withdrawal of Legal Representation | Granted |

Date: November 18, 1999.

JUAN M. PEREZ-GIMENEZ
USDJ