UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC., ETC.,

    Plaintiffs,

    v.                          Civ. No. 98-1969(PG)

PONCE SAFETY OIL CLEANERS CORP.,

    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #12 - Motion For Withdrawal Of Funds. | Granted |

Date: _____August 8_____, 2000.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge